UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE AGRAAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>        Defendants. | No. 2:17-cv-2163 KJM CKD<br><br><br>ORDER |

This matter was removed to this court on October 17, 2017. At that time, plaintiffs were proceeding pro se and, therefore, the matter was referred to the undersigned pursuant to Local Rule 302(c)(21). (See ECF No. 8.) On January 2, 2018, however, the undersigned granted plaintiffs' request to substitute attorney Scott Shumaker into this action as their counsel of record.

Because the plaintiffs are no longer proceeding pro se, Local Rule 302(c)(21) no longer applies and, accordingly, the case will be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned Magistrate Judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

Accordingly, IT IS HEREBY ORDERED that:

    1. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

1

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be No. 2:17-cv-02163 KJM CKD with the "PS" designation being eliminated.

IT IS SO ORDERED.

Dated: January 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE