UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE AGRAAN, et al., | No. 2:17-cv-2163-KJM-CKD |
| Plaintiffs, | |
| v. | ORDER RE SETTLEMENT & DISPOSITION |
| SELECT PORTFOLIO SERVICING, INC., et al., | |
| Defendants. | |

The case was before the court for a settlement conference conducted on January 11, 2018. Pursuant to the representations by counsel for the parties, the court has now determined that the matter has settled.

The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: January 11, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE