1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  PETE AGRAAN, et al,                      No.  2:17-cv-2163-KJM-CKD

12                 Plaintiffs,

13          v.                               ORDER TO SHOW CAUSE

14  SELECT PORTFOLIO SERVICING,
    INC., et al.,
15
                   Defendants.
16

17
           On January 11, 2018, the above-captioned case settled at a settlement conference
18
    conducted before the undersigned.  On January 12, 2018, the court issued an order directing the
19
    parties to file dispositional documents within thirty (30) days.  *See* ECF No. 33.  The time for
20
    doing so has now expired.
21
           Accordingly, the court ORDERS that counsel for all parties are ORDERED TO SHOW
22
    CAUSE not later than fourteen (14) days from the date of this order why sanctions should not be
23
    imposed for failure to comply with the court's order directing the parties to file dispositional
24
    documents.
25
           SO ORDERED.
26
    DATED:  February 27, 2018.
27                                           EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE
28