# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE AGRAAN, et al, | No. 2:17-cv-2163-KJM-CKD |
| Plaintiffs, | |
| v. | ORDER |
| SELECT PORTFOLIO SERVICING, INC., et al., | |
| Defendants. | |

On January 11, 2018, the above-captioned case settled at a settlement conference conducted before the undersigned. On January 12, 2018, the court issued an order directing the parties to file dispositional documents within thirty (30) days. *See* ECF No. 33. The time for doing expired and no dispositional documents had been filed. Accordingly, on February 28, 2018, the court ordered counsel for all parties to show cause why sanctions should not be imposed for failure to comply with the court's order.

On March 7, 2018, plaintiff filed a request for dismissal and on March 13, 2018, both parties filed responses to the order to show cause. Good cause appearing, the February 28, 2018 order to show cause, ECF No. 34, is DISCHARGED.

SO ORDERED.

DATED: March 14, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE