UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE AGRAAN, JR., ALICIA AGRAAN,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC. J.P. MORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:17-cv-02163-KJM-CKD<br><br><br><br>ORDER |

On March 7, 2018, plaintiffs Pete Agraan, Jr. and Alicia Agraan filed an ex parte application for dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(2). ECF No. 35 at 1-2 (noting the parties' settlement agreement has been finalized). On March 13, 2018, defendant Select Portfolio Servicing, Inc. responded to the Magistrate Judge's order to show cause, acknowledging finalized settlement in this matter and expressing no opposition to plaintiffs' pending request for dismissal. *See* ECF No. 36; *see also* ECF No. 38 (Magistrate Judge's order discharging order to show cause).

///

///

///

///

1

Accordingly, this action is DISMISSED with prejudice in its entirety, with each party to bear its own costs and attorneys' fees. The court retains jurisdiction for the sole purpose of enforcing settlement, with the clarification that any motion to enforce will be referred to the magistrate judge who presided over the settlement conference. This case is CLOSED.

IT IS SO ORDERED.

DATED: March 15, 2018.

_____
UNITED STATES DISTRICT JUDGE